UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO L. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV406-266 |
| ) | |
| SUPERIOR COURT OF EASTERN ) | |
| JUDICIAL CIRCUIT OF GEORGIA, ) | |
| SHERIFF AL ST. LAWRENCE, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

In an order dated November 29, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by December 30, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 19TH day of January, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA