ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB -6 PM 2: 54

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTONIO L. MORGAN, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV406-266 |
| SUPERIOR COURT OF EASTERN ) JUDICIAL CIRCUIT OF GEORGIA, ) SHERIFF AL ST. LAWRENCE, ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of Feb, 2007.

_[signature]_
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA